IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | CASE NO.: 4:16CR263 |
| | ] | |
| JOSEPH BREAUX | ] | |

MOTION TO REVEAL EXISTENCE OF CONFIDENTIAL INFORMANT
OR SOURCE OF INFORMATION AND INCORPORATED CITATION
OF SUPPORTING AUTHORITY

COMES NOW JOSEPH BREAUX, defendant in the above-captioned criminal action, and moves this honorable Court for an order directing the Government to disclose the existence of any confidential informant or confidential source of information in this instant criminal case. The Defendant does not at this time request that the Government disclose the identity of any such confidential informant or confidential source of information.

Until the Defendant is advised as to whether any information or evidence was obtained from a confidential source, neither counsel nor this Court will be in a position to evaluate the need for disclosure of that source under the rule in Roviaro v. United States, 353 U.S. 53 (1957).

In United States v. Diaz, 655 F. 2d 580 (5th Cir. 1981), the Fifth Circuit stated that it is the obligation of defense counsel to inquire, at the earliest stages of a criminal case, into existence of any confidential informant or confidential source of information. In such circumstances, the appropriate procedure is for a defendant to file a specific pretrial motion requesting disclosure. Only after the disclosure by the Government of the existence of a confidential informant or a confidential source of information can the Defendant even attempt to explore the role of that person in this case and determine the existence of factors which would justify disclosure of that person's identity. See United States v. Ayala, 643 F. 2d 244 (5th Cir. 1981)

Based on the foregoing, the Defendant respectfully requests this Court require the Government to disclose the existence of any confidential informant or confidential source of

information utilized in the investigation of this criminal case and the apprehension of the Defendant.

Respectfully submitted this 9th day of September, 2016.

/s/Arvo Henifin
State Bar Number: 346780
Attorney for Joseph Breaux

The Henifin Law Firm
P.O. Box 61302
Savannah, Georgia 31420
Telephone: (912) 358-8064
Email: arvo.henifin@henifinlaw.com

CERTIFICATE OF SERVICE

      This is to certify that I have this date served all interested parties in this matter with a Notice of Electronic Filing through filing the forgoing document with the Clerk of Court using the CM/ECF system.

Respectfully submitted this 9th day of September, 2016.

      /s/Arvo Henifin
      State Bar Number: 346780
      Attorney for Joseph Breaux

The Henifin Law Firm
P.O. Box 61302
Savannah, Georgia 31420
Telephone: (912) 358-8064
Email: arvo.henifin@henifinlaw.com