# 4:16CR263 USA v. JOSEPH BREAUX

## NOTICE TO COUNSEL

This form should be completed and FILED no later than OCTOBER 13, 2016.

Before proceeding with the scheduled motions hearing in this case, **the Court directs** counsel for the parties to answer the following inquires.

1. Have all of your pretrial motions been satisfied or otherwise resolved? __YES__

2. Please list any unresolved motions which require a ruling by the Court and indicate whether argument is requested and/or whether an evidentiary hearing is required.

3. The Court will schedule a hearing on any unresolved motions.

4. Motions not listed will be deemed resolved or waived.

| Nature of Motion | Doc # | Argument Requested | Evidentiary Hearing Required |
|---|---|---|---|
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |
| (5) | | | |
| (6) | | | |
| (7) | | | |
| (8) | | | |
| (9) | | | |
| (10) | | | |

__ARVO HENIFIN__  
Print Attorney's Name

__JOSEPH BREAUX__  
Print Defendant's Name

NOTE: Use the "Notice to Counsel Response" event when e-filing this form.